LEONARD PRUCHNOWSKI, as Executor of FRANK SZULHAN, Deceased, Appellant, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

(Argued January 10, 1936; decided January 28, 1936.)

*Francis J. Riordan* and *James B. McKenna* for appellant.

*Alger A. Williams* and *Charles H. Kendall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.